CINDI ANN LARSON v. DR. ROBERT ADAMS.

June 27, 1989.

Petition for certification denied.

LAST CHANCE DEVELOPMENT PARTNERSHIP, ETC., ET AL. v.
THOMAS H. KEAN, ETC., ET AL.

June 27, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 115)

CULLEN S. MCVOY, ET AL. v. PLANNING BOARD OF THE TOWN-
SHIP OF
MONTCLAIR, ET AL.

June 27, 1989.

Petition for certification denied.

DALILA SAN JUAN v. ROGELIO GARCIA.

June 27, 1989.

Petition for certification denied.